ACCEPTED
15-24-00110-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/6/2025 1:16 PM
CHRISTOPHER A. PRINE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2025 1:16:57 PM
CHRISTOPHER A. PRINE
Clerk

January 6, 2025

Mr. Christoper A. Prine                                             *via E-Filing*
Clerk of the Court
Fifteenth Court of Appeals
P. O. Box 12852
Austin, TX 78711

> Re:    Court of Appeals Number: 15-24-00110-CV
>        Trial Court Case Number: 2024-43394

> Style:  *Ken Paxton, in his official capacity as Texas Attorney General, and The State of Texas v. FIEL Houston, Inc.*

Dear Mr. Prine:

I intend to present oral argument on behalf of Appellant, State of Texas. I respectfully request to reserve five minutes of my 20-minute argument time for rebuttal.

Sincerely,

/s/ *Abigail E. Smith*
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Phone: (214) 290-8830
Abby.Smith@oag.texas.gov

cc:    Carlos Soltero, *via e-service*
       Fatima Menendez, *via e-service*
       Nina Perales, *via e-service*
       Sabrina Rodriguez, *via e-service*

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Abigail Smith
Bar No. 24141756
pauline.sisson@oag.texas.gov
Envelope ID: 95886218
Filing Code Description: Letter
Filing Description: 20250106 Ltr to Court re_Oral Argument
Status as of 1/6/2025 1:22 PM CST

Associated Case Party: Ken Paxton, in his Official Capacity as TX Attorney General, and State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Froman | | scott.froman@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |
| Ryan Baasch | | ryan.baasch@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nina Perales | | nperales@maldef.org | 1/6/2025 1:16:57 PM | SENT |
| Sabrina Rodriguez | | srodriguez@maldef.org | 1/6/2025 1:16:57 PM | SENT |
| Carlos Soltero | | csoltero@maynardnexsen.com | 1/6/2025 1:16:57 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 1/6/2025 1:16:57 PM | SENT |

Associated Case Party: FIEL Houston, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Fatima L.Menendez | | fmenendez@maldef.org | 1/6/2025 1:16:57 PM | SENT |